1 | QUIN DENVIR, Bar #49374
Federal Defender
2 | CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUAN C. HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-mj-00080 |
|---|---|---|
| Plaintiff, | ) | ORDER GRANTING DEFENDANT'S MOTION FOR RETURN OF PROPERTY |
| v. | ) | |
| JUAN C. HERNANDEZ, | ) | Judge:  Honorable William M. Wunderlich |
| Defendant. | ) | |

Defendant's motion for return of property pursuant to Federal Rule of Criminal Procedure 41(g) came on for hearing on May 24, 2005.  Good cause appearing, DEFENDANT'S MOTION IS HEREBY GRANTED.

The Government is hereby ordered to return the cash seized from Mr. Hernandez on April 16, 2005.

IT IS SO ORDERED.

**Dated:   June 14, 2005**             /s/  **William M. Wunderlich**
mmkd34                           UNITED STATES MAGISTRATE JUDGE